# U.S. District Court
# District of Alaska (Anchorage)
# CIVIL DOCKET FOR CASE #: 3:19-cv-00208-HRH

| | |
|---|---|
| Gwich'in Steering Committee et al v. U.S. Department of the Interior et al | Date Filed: 07/31/2019 |
| Assigned to: H. Russel Holland | Date Terminated: 10/01/2019 |
| Cause: 05:552 Freedom of Information Act | Jury Demand: None |
| | Nature of Suit: 895 Freedom of Information Act |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Gwich'in Steering Committee**   represented by   **Brian Litmans**
Trustees for Alaska
1026 W. 4th Avenue Suite 201
Anchorage, AK 99501
907–276–4244
Fax: 907–276–7110
Email: blitmans@trustees.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Bahr**
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 556–6439
Email: davebahr@mindspring.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maresa Jenson**
Trustees for Alaska
1026 W. 4th Avenue Suite 201
Anchorage, AK 99501
907–433–2003
Fax: 907–276–7110
Email: mjenson@trustees.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie L. Brown**
Trustees for Alaska
1026 W. 4th Avenue Suite 201
Anchorage, AK 99501
907–276–4244
Fax: 907–276–7110
Email: vbrown@trustees.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Alaska Wilderness League** | represented by | **Brian Litmans** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **David A. Bahr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Maresa Jenson** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Valerie L. Brown** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Defenders of Wildlife** | represented by | **Brian Litmans** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **David A. Bahr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Maresa Jenson** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Valerie L. Brown** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The Wilderness Society** | represented by | **Brian Litmans** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **David A. Bahr** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* |

|   |   |
|---|---|
|   | *ATTORNEY TO BE NOTICED* |
|   | **Maresa Jenson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Valerie L. Brown**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **U.S. Department of the Interior** | represented by | **John A. Fonstad**<br>U.S. Attorney's Office (Anch)<br>222 West 7th Avenue, RM 253 #9<br>Anchorage, AK 99513<br>907−271−4274<br>Fax: 907−271−3224<br>Email: john.fonstad@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. Bureau of Land Management** | represented by | **John A. Fonstad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. Fish and Wildlife Service** | represented by | **John A. Fonstad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2019 | Ï 1 | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* against All Defendants ( Filing fee $ 400 receipt number 097−−2736070.), filed by All Plaintiffs.(Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | Ï 2 | Civil Cover Sheet. (Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | Ï 3 | Corporate Disclosure Statement by Alaska Wilderness League. (Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | Ï 4 | Corporate Disclosure Statement by Defenders of Wildlife. (Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | Ï 5 | Corporate Disclosure Statement by Gwich'in Steering Committee. (Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | Ï 6 | Corporate Disclosure Statement by The Wilderness Society. (Jenson, Maresa) (Entered: 07/31/2019) |

| | | |
|---|---|---|
| 07/31/2019 | ¨ 7 | MOTION for Leave to Appear as Pro Hac Vice (Non–Resident ) Attorney David A. Bahr. ( Pro Hac Vice Admission fee $150.00 paid. Receipt number 097-–2736174.) by Alaska Wilderness League, Defenders of Wildlife, Gwich'in Steering Committee, The Wilderness Society. (Attachments: # 1 Certificate of Good Standing)(Jenson, Maresa) (Entered: 07/31/2019) |
| 07/31/2019 | ¨ 8 | Unissued summons re Defendant U.S. Department of the Interior, (Attachments: # 1 Unissued Summons re Defendant U.S. Bureau of Land Management, # 2 Unissued Summons re Defendant U.S. Fish and Wildlife Service)(PXS, COURT STAFF) (Entered: 07/31/2019) |
| 07/31/2019 | ¨ | Summons Issued as to U.S. Bureau of Land Management, U.S. Department of the Interior, U.S. Fish and Wildlife Service.(PXS, COURT STAFF) (Entered: 07/31/2019) |
| 07/31/2019 | ¨ 9 | Amended Civil Cover Sheet. (Jenson, Maresa) Modified on 8/1/2019 to clarify docket text (JLH, COURT STAFF). (Entered: 07/31/2019) |
| 08/01/2019 | ¨ 10 | CLERK'S NOTICE re 7 Application to Appear Pro Hac Vice. The Application to Appear Pro Hac Vice by David A. Bahr, at docket 7 , is authorized under D.Ak. LR 83.1(d). (JLH, COURT STAFF) (Entered: 08/01/2019) |
| 08/14/2019 | ¨ 11 | SUMMONS Returned Executed by Alaska Wilderness League, Gwich'in Steering Committee, Defenders of Wildlife, The Wilderness Society. U.S. Bureau of Land Management served on 7/31/2019, answer due 9/30/2019. (Jenson, Maresa) (Entered: 08/14/2019) |
| 08/14/2019 | ¨ 12 | SUMMONS Returned Executed by Alaska Wilderness League, Gwich'in Steering Committee, Defenders of Wildlife, The Wilderness Society. U.S. Department of the Interior served on 7/31/2019, answer due 9/30/2019. (Jenson, Maresa) (Entered: 08/14/2019) |
| 08/14/2019 | ¨ 13 | SUMMONS Returned Executed by Alaska Wilderness League, Gwich'in Steering Committee, Defenders of Wildlife, The Wilderness Society. U.S. Fish and Wildlife Service served on 7/31/2019, answer due 9/30/2019. (Jenson, Maresa) (Entered: 08/14/2019) |
| 09/16/2019 | ¨ 14 | MOTION *to Transfer and to Extend Time to Answer or Otherwise Respond* by U.S. Bureau of Land Management, U.S. Department of the Interior, U.S. Fish and Wildlife Service. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – District of Columbia Live Database, # 3 Exhibit C – LexisNexis CourtLink Search, # 4 Proposed Order)(Fonstad, John) (Entered: 09/16/2019) |
| 09/21/2019 | ¨ 15 | MOTION to Expedite *(Unopposed) Consideration of Motion to Transfer and to Extend Time to Answer or Otherwise Respond* by Alaska Wilderness League, Defenders of Wildlife, Gwich'in Steering Committee, The Wilderness Society. (Attachments: # 1 Proposed Order)(Brown, Valerie) (Entered: 09/21/2019) |
| 09/21/2019 | ¨ 16 | DECLARATION of *Maresa Jenson* re 15 MOTION to Expedite *(Unopposed) Consideration of Motion to Transfer and to Extend Time to Answer or Otherwise Respond* by Alaska Wilderness League, Defenders of Wildlife, Gwich'in Steering Committee, The Wilderness Society. (Brown, Valerie) (Entered: 09/21/2019) |
| 09/21/2019 | ¨ 17 | RESPONSE in Opposition re 14 MOTION *to Transfer and to Extend Time to Answer or Otherwise Respond* filed by Alaska Wilderness League, Defenders of Wildlife, Gwich'in Steering Committee, The Wilderness Society. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Brown, Valerie) (Entered: 09/21/2019) |
| 09/21/2019 | ¨ 18 | DECLARATION of *Maresa Jenson* re 17 Response in Opposition to Motion, by Alaska Wilderness League, Defenders of Wildlife, Gwich'in Steering Committee, The Wilderness Society. (Brown, Valerie) (Entered: 09/21/2019) |
| 09/24/2019 | ¨ 19 | RESPONSE in Opposition re 15 MOTION to Expedite *(Unopposed) Consideration of Motion to Transfer and to Extend Time to Answer or Otherwise Respond (Partial)* filed by U.S. Bureau of Land Management, U.S. Department of the Interior, U.S. Fish and Wildlife Service. (Fonstad, |

| | | |
|---|---|---|
| | | John) (Entered: 09/24/2019) |
| 09/24/2019 | Ï 20 | ORDER granting 15 Motion to Expedite Consideration re 14 Motion to Transfer and to Extend Time to Answer or Otherwise Response. Reply due 9/27/19. Defendants to notify the court by 9/25/19 if no intention to file a reply. (JLH, COURT STAFF) (Entered: 09/24/2019) |
| 09/27/2019 | Ï 21 | REPLY to Response to Motion re 14 MOTION *to Transfer and to Extend Time to Answer or Otherwise Respond* filed by U.S. Bureau of Land Management, U.S. Department of the Interior, U.S. Fish and Wildlife Service. (Attachments: # 1 Exhibit A– Dkt 14, # 2 Exhibit B– Dkt 15)(Fonstad, John) (Entered: 09/27/2019) |
| 09/30/2019 | Ï 22 | ORDER granting 14 Motion to Transfer. Signed by Judge H. Russel Holland on 9/30/19. (JLH, COURT STAFF) (Entered: 09/30/2019) |