David A. Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
Phone: (541) 556-6439
davebahr@mindspring.com

Maresa Jenson (AK Bar No. 1805048)
Valerie Brown (AK Bar No. 9712099)
(Applications for admission *pro hac vice* pending)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>      Defendants. | Case No. 1:19-cv-02978-CJN |

**MOTION FOR LEAVE FOR MARESA JENSON TO APPEAR *PRO HAC VICE***

  Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Defenders of Wildlife, and The Wilderness Society, (collectively, Plaintiffs) through undersigned counsel, respectfully move for permission for counsel Maresa Jenson of the law firm Trustees for Alaska to appear *pro hac vice* in this matter. In support of this motion, Plaintiffs rely on the Declaration

of Maresa Jenson in Support of Motion for Leave to Appear *Pro Hac Vice* and the proposed order.

Undersigned counsel agrees to serve as Maresa Jenson's sponsoring member of the Bar of this Court and to act as local counsel with the authority to act as attorney of record for all purposes in this matter.

Respectfully submitted this 8th day of October 2019.

    /s/ David Bahr_____
David Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Attorney for Plaintiffs*