David A. Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
Phone: (541) 556-6439
davebahr@mindspring.com

Maresa Jenson (AK Bar No. 1805048)
Valerie Brown (AK Bar No. 9712099)
(Applications for admission *pro hac vice* pending)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-02978-CJN |

**DECLARATION OF VALERIE BROWN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, VALERIE BROWN, declare and state as follows:

　　1.　　My full name is Valerie Lynn Brown.

2. I am an attorney practicing law with the law firm Trustees for Alaska. My office address is 1026 W. 4th Ave., Suite 201, Anchorage, AK 99501. My office telephone number is (907) 308-5797 (current though October 16, 2019) and (907) 433-2014 (October 16, 2019 onward).

3. I am admitted to the following bars and courts and am a member in good standing of each of them:

    a. Alaska State courts;

    b. U.S. District Court for the District of Alaska;

    c. U.S. Court of Appeals for the Ninth Circuit; and

    d. Supreme Court of the United States.

4. I have not been suspended, disbarred, or disciplined in any bar.

5. I have never been admitted *pro hac vice* to this Court.

6. I do not practice law from an office in the District of Columbia and I am not a member of the District of Columbia Bar, nor do I have a membership application pending there.

7. Pursuant to Local Civil Rule 83.2(d), I respectfully request permission to appear *pro hac vice* on behalf of Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Defenders of Wildlife, and The Wilderness Society in the above-captioned case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of October, 2019, in Anchorage, Alaska.

                         */s/* Valerie Brown
                         Valerie Brown