David A. Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
Phone: (541) 556-6439
davebahr@mindspring.com

Maresa Jenson (AK Bar No. 1805048)
Valerie Brown (AK Bar No. 9712099)
(Applications for admission *pro hac vice* pending)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>       Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>       Defendants. | Case No. 1:19-cv-02978-CJN |

### [PROPOSED] ORDER GRANTING VALERIE BROWN LEAVE TO APPEAR *PRO HAC VICE*

This matter came before the Court on Plaintiffs' Motion for Leave to Appear *Pro Hac Vice*. On consideration of that motion and the materials submitted in support, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Valerie Brown is granted leave to appear *pro

*hac vice* for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Defenders of Wildlife, and The Wilderness Society, the above-captioned lawsuit.

DATED this \_\_\_\_ day of _____, 2019.

_____
The Honorable Carl J. Nichols
United States District Judge

Attorneys entitled to be notified of entry of this proposed order:

*Counsel for Plaintiffs*

David Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Defendants*

Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, DC 20240