# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Civ. A. No. 19-2978 (CJN) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendants in the above-captioned case.

Dated: November 13, 2019    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Daniel P. Schaefer*
　　　　　　　　　　　　　　　　　　　　DANIEL P. SCHAEFER
　　　　　　　　　　　　　　　　　　　　D.C. BAR 996871
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-2531
　　　　　　　　　　　　　　　　　　　　Daniel.Schaefer@usdoj.gov