**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE, <br><br> *Defendants*. | Civ. A. No. 19-2978 (CJN) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants U.S. Department of the Interior ("DOI"), U.S. Bureau of Land Management ("BLM"), and U.S. Fish and Wildlife Service ("FWS"), by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to file an Answer to the Complaint.

This is a Freedom of Information Act ("FOIA") matter that was originally filed by Plaintiffs on July 31, 2019, in the U.S. District Court for the District of Alaska. Based on the date of service on the United States Attorney for the District of Alaska, Defendants' Answer to the Complaint was due by September 16, 2019. *See* Pls.' Notice Re Proof of Service of Summons, Nov. 8, 2019 (ECF No. 26). On September 16, 2019, Defendants filed a motion to transfer this matter from the District of Alaska to this District. ECF No. 14. Defendants included in their motion to transfer a request to extend the time to answer the complaint, but that request only came into play if the Alaska court denied the request to transfer. ECF No. 14 at 19. The Alaska court granted Defendants' motion to transfer by order dated September 30, 2019, and

the case was transferred to this District on October 3, 2019.  ECF Nos. 22, 23.  The Alaska court did not extend the deadline for the filing of Defendants' answer to the complaint.  Accordingly, Defendants' answer to the complaint is now two months overdue.

In light of the transfer, Defendants request that the Court extend the deadline for Defendants' Answer to the Complaint.  By the time this matter was transferred to this District, Defendants' Answer was already overdue.  In addition to preparing the Answer, the undersigned has begun conferring with Plaintiffs' counsel on processing and search-related issues for the nine FOIA requests that are the subject of this action.  Defendants anticipate that the parties can address those issues more fully in a joint meet and confer report after the Court rules on the instant Motion and issues an initial scheduling order for this matter.

The undersigned counsel conferred with Plaintiffs on the instant extension request.  Plaintiffs, through counsel, stated that they do not oppose Defendants' request provided that the Answer is filed by today.  Defendants include as Exhibit 1 hereto a copy of Defendants' Answer for filing with this Court.  Accordingly, Defendants request that the Court grant this Motion, accept Defendants' late-filed Answer, and issue an initial scheduling order for further proceedings in this matter.

November 13, 2019      Respectfully submitted,

           JESSIE K. LIU
           D.C. Bar 472845
           United States Attorney

           DANIEL F. VAN HORN
           D.C. Bar 924092
           Chief, Civil Division

By:  */s/ Daniel P. Schaefer*
           DANIEL P. SCHAEFER
           D.C. Bar 996871
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, D.C. 20530
           Tel: (202) 252-2531
           E-mail: Daniel.Schaefer@usdoj.gov

           *Counsel for Defendants*