**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Civ. A. No. 19-2978 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion for extension of time to file an answer to the complaint, it is this ___ day of _____, 2019,

**ORDERED** that Defendants' motion is hereby granted; and it is

**FURTHER ORDERED** that Defendants' Answer filed with this Court on November 13, 2019, shall be deemed timely filed.

_____
Date

_____
Carl J. Nichols
United States District Judge