IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Civ. A. No. 19-2978 (CJN) |

**JOINT STATUS REPORT**

The parties, by and through counsel, submit the following joint status report pursuant to the Court's Order dated November 28, 2019.

**The Status of Plaintiffs' FOIA Requests**

This matter involves a total of nine Freedom of Information Act ("FOIA") requests. Plaintiffs submitted four FOIA requests to the Alaska State Office of U.S. Bureau of Land Management ("BLM"), four requests to Office of the Secretary of the Department of the Interior ("OS"), and one request to the U.S. Fish and Wildlife Service ("FWS"). The parties' counsel held a teleconference on December 4, 2019, to discuss the status of Plaintiffs' FOIA requests and other matters related to Defendants' searches and processing of the requests. The terms of the processing schedule that parties negotiated are also set forth below.

***The BLM Requests***

BLM completed its production and issued a final response for the "BLM S.O. 3355 Request" (BLM-2019-00324) on October 15, 2019. Plaintiffs advised on the December 4


teleconference that Plaintiffs have concerns with the sufficiency of BLM's response to that request. Plaintiffs intend to send a communication to Defendants' counsel in the coming days summarizing any open issues. As the productions proceed, the parties will confer on any open issues concerning the sufficiency of any completed productions in an attempt to resolve any such disputes without the Court's involvement.

As of this filing, BLM has completed its searches for the remaining three BLM requests but has not yet commenced producing responsive records. The results of BLM's searches are below. BLM commits to process the requests in the priority order listed below at a combined processing rate of 500 pages per month. BLM will issue its first interim production on or before December 31, 2019, with additional monthly productions on or before the last day of every month.[1]

1. BLM Government Shutdown Request: BLM-2019-00963: 1,000 pages.[2] Defendant will issue the first interim production on or before December 31, 2019, and expects to issue a second and final production on or before January 31, 2020.

2. BLM Draft EIS Deliverable Request: BLM-2019-00383: 5,250 pages. BLM will commence reviewing these records after it completes its response to the preceding request.

3. BLM Seismic Communications Request: BLM-2019-00483: 9,400 pages. BLM will commence reviewing these records after it completes its response to the preceding requests.

### *The OS Requests*

OS completed its production and issued a final response for the "DOI Government Shutdown Request" (OS-2019-00520) on October 15, 2019. As with the completed BLM

---

[1] Whenever a specific day of the month for a production is listed, if that day falls on a weekend or Federal holiday, the production will be completed on the next business day.

[2] All page counts in this Report are Defendants' best estimates based on the information presently available and are subject to change as the review proceeds.

request, Plaintiffs have concerns with the sufficiency of OS's response to this request. As noted above, the parties plan to confer on any open issues may identify as Defendants' productions on the other requests proceed.

As of this filing, OS has completed its searches for the remaining three OS requests but has not yet commenced producing responsive records. The results of OS's searches are below. OS commits to process the requests in the priority order listed below at a combined processing rate of 500 pages per month. OS will issue its first interim production on or before January 10, 2020, with additional monthly productions on or before the last day of every month.[3]

1. DOI Porcupine Caribou Herd Request: OS-2019-0378: 37 pages. OS will issue a first and likely final production on or before January 10, 2020.

2. DOI S.O. 3355 Request: OS-2019-0314: 480 pages. OS will commence reviewing these records after it completes its response to the preceding request. It is expected that OS will issue its first interim production on or before January 31, 2020.

3. DOI Seismic Communications Request: OS-2019-0565: 812 pages. OS will commence reviewing these records after it completes its response to the preceding requests. It is presently estimated that OS will complete its responses for all of its requests by the end of March 2020.

### The FWS Request

The *Gwich'in Steering Committee* Plaintiffs' request to FWS — the FWS Seismic Communications Request, FWS-2019-00782 — overlaps to some degree with another request that Plaintiff Defenders of Wildlife previously submitted to FWS and which is at issue in another case before this Court — *Defenders of Wildlife v. DOI, et al.*, Civ. A. No. 18-2572 (CJN) ("*Defenders*").

As this Court is aware, the parties in the *Defenders* case negotiated a processing rate and protocol for FWS's review of potentially responsive records, which are voluminous. FWS is

---

[3] Whenever a specific day of the month for a production is listed, if that day falls on a weekend or Federal holiday, the production will be completed on the next business day.

3

processing the parent emails of a limited set of custodians that Defenders of Wildlife had identified as the highest priority. In the *Defenders* case, FWS is processing the records at a rate of 500 pages per month under a Court-ordered processing schedule. Because the records that FWS has been producing thus far in the *Defenders* case are also responsive to the *Gwich'in Steering Committee* Plaintiffs' request, FWS has also been sending a courtesy copy of the records to the *Gwich'in Steering Committee* Plaintiffs.

As explained below, the parties do not necessarily agree about the extent to which the two requests overlap and whether the filing of the additional request by the *Gwich'in Steering Committee* Plaintiffs should impose any additional processing obligations on FWS, but the parties have agreed on a protocol for Defendants' processing of the FWS request.

Defendants' Position Statement

FWS believes that the time frames for the FWS seismic requests in the two cases overlap almost entirely.[4] FWS does not presently intend to conduct a supplemental search for any additional potentially responsive to *Gwich'in Steering Committee* Plaintiffs' FWS Seismic Communications Request. Nor does FWS presently intend to process any records uniquely responsive to the *Gwich'in Steering Committee* Plaintiffs' request until after it has completed processing any and all records responsive to both requests. Moreover, it is Defendants' position that given the substantial overlap between the requests and parties (Defenders of Wildlife is also

---

[4] According to FWS, the seismic request in the *Defenders* case sought records generated from April 1, 2018, to the date of the search, and the seismic request in this case sought records generated from April 15, 2018, through the date of the search. For both FWS seismic requests, Defendants conducted a centralized search for electronic records on March 20, 2019. That search included potentially responsive records with a date of November 1, 2017, through March 15, 2019. The *Gwich'in Steering Committee* Plaintiffs filed their FWS Seismic Communications Request on March 8, 2019. *See* Compl. ¶ 179. Therefore, at most there are only one to two weeks' worth of records that "post-date" the request at issue in the *Defenders* case. And even at that, the search was completed as of March 20, 2019.

4

a Plaintiff in this case) that FWS should continue to process the records according to the protocol and processing rate already in effect in the *Defenders* case.

<u>Plaintiffs' Position Statement</u>

The *Gwich'in Steering Committee* Plaintiffs maintain that their request is not identical because it seeks possibly different material and records that post-date the request at issue in the *Defenders* case.  Plaintiffs' counsel further communicated that the *Gwich'in Steering Committee* Plaintiffs are most interested in the documents that post-date the first request at issue in the *Defenders* case. Therefore, it is Plaintiffs position that they should not have to wait for *Defenders'* case to finish in order to obtain the records that post-date or contain different material than the records at issue in that case. FWS should accordingly perform a search for these records and a disclosure schedule should be set in the near future.

<u>The Parties' Agreement on the FWS Request</u>

For the time being FWS may continue to process the records in the priority order and at the processing rate already established in the *Defenders* case.  The parties agreed that to the extent the *Gwich'in Steering Committee* Plaintiffs wish to raise any issues with FWS concerning productions in the *Defenders* case to the extent the requests overlap, they will coordinate with counsel of record in the *Defenders* case so that those issues may be properly addressed in connection with the earlier filed *Defenders* case.  Although FWS does not agree to conduct a supplemental search or to commit to any additional processing at this time, the parties will continue to confer on these issues as FWS's disclosure proceeds in the *Defenders* case.

**The Parties' Joint Proposed Schedule**

The parties request that the Court direct the parties to file another Joint Status Report on or before January 13, 2020, to update the Court on the status of Defendants' productions and any

other issues the parties wish to bring to the Court's attention, and to propose a schedule for further proceedings. A proposed order is attached.

Dated: December 13, 2019

 /s/ Maresa Jenson
Maresa Jenson (AK Bar No. 1805048)
Brian Litmans (AK Bar No. 0111068)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA

 /s/ David Bahr
David Bahr (OR Bar No. 901990)
Bahr Law Offices, P.C.

*Counsel for Plaintiffs*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

6