IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Civ. A. No. 19-2978 (CJN) |

**JOINT STATUS REPORT**

The parties, by and through counsel, submit the following Joint Status Report pursuant to the Court's Order dated January 15, 2020.

**The Status of Plaintiffs' FOIA Requests**

This matter involves a total of nine Freedom of Information Act (FOIA) requests that Plaintiffs submitted to three separate components of the Department of the Interior: (1) four requests to the Alaska State Office of U.S. Bureau of Land Management (BLM); (2) four requests to the Office of the Secretary of the Department of the Interior (OS); and (3) a single request to the Alaska Region of the U.S. Fish and Wildlife Service (FWS). Since the parties' first Joint Status Report, BLM, OS, and FWS have all released one interim record production and Plaintiffs have emailed Defendants their specific concerns with previous disclosures. Parties continue to work towards the resolution of outstanding issues as described below.

***The BLM Requests***

BLM issued a response for the "BLM S.O. 3355 Request" (BLM-2019-00324) on October 15, 2019. Plaintiffs emailed Defendants detailing their concerns about the sufficiency of BLM's response to BLM S.O. 3355 Request on December 18, 2019. Defendants have yet to substantively respond to this email, but previously indicated their willingness to work with Plaintiffs on these issues. Defendants intend to generate a response to Plaintiffs' concerns by January 31, 2020.

For the "BLM Government Shutdown Request" (BLM-2019-00963), BLM released 671 responsive pages of the 1,000 total potentially responsive pages on December 19, 2019. Defendants expect to issue the remainder of records for this request by January 31, 2020. As the productions proceed, the parties will continue to confer on any open issues concerning the sufficiency of completed productions and attempt to resolve disputes without the Court's involvement.

BLM has completed searches for the remaining two BLM requests but has yet to produce responsive records. Defendants estimate a total of 14,650 potentially responsive pages remain for the two requests: 5,250 pages for the "BLM Draft EIS Deliverable Request" (BLM-2019-00383) and 9,400 pages for the "BLM Seismic Communications Request" (BLM-2019-00483). Parties have agreed that Defendants will process these requests in the order listed above. Currently, Defendants have committed to a processing rate of 500 pages per month. Parties do not necessarily agree on the processing rate for these remaining requests; their positions are set out below.

<u>Defendants Position</u>

The BLM Alaska FOIA office's resources are already overextended as it processes requests for this case, for the related *Defenders of Wildlife v. DOI, et al.*, Civ. A. No. 18-2572

(CJN) (*Defenders*) case, and for dozens of other related requests that are not in litigation. The fastest rate at which BLM Alaska can process potentially responsive records is the current rate of 500 pages per month. However, BLM is willing to work with Plaintiffs to further narrow and/or prioritize material within each request, so that material of most interest to Plaintiffs is provided first, and which will likely shorten the overall time required to process all records of interest.

Plaintiffs Position

Disclosure at a rate of 500 pages per month will take over 2.5 years for these requests. Plaintiffs stress that this is too long as the records are relevant to an ongoing administrative proceeding and are sought to increase public understanding and engagement now, and to provide public oversight of BLM's activities related to the implementation of an oil and gas leasing program on the Coastal Plain of the Arctic National Wildlife Refuge. After Plaintiffs receive Defendants' search parameters, they will work with Defendants to facilitate timely disclosure and may be able to prioritize records or narrow the scope of the searches to reduce the number of documents that must be produced. Plaintiffs may also seek quicker release of these records.

Parties' Agreement on Processing the BLM Draft EIS Deliverable Request and the BLM Seismic Communications Request

While parties do not necessarily agree on the disclosure rate for these requests, in an attempt to resolve this issue without Court involvement, Defendants commit to provide Plaintiffs with the search parameters for these requests by January 31, 2020. Parties will work collaboratively after Plaintiffs' receipt of the search parameters.

**The OS Requests**

The OS issued a final response for the "DOI Government Shutdown Request" (OS-2019-00520) on October 15, 2019. As with the BLM S.O. 3355 Request, Plaintiffs have concerns with the sufficiency of the OS's response and detailed these concerns in the December 18, 2019 email

to the Defendants. Defendants have yet to substantively respond to this email, but previously indicated their willingness to work with Plaintiffs on these issues. Defendants intend to respond to Plaintiffs' concerns by January 31, 2020.

The OS completed its production and issued a final response for the "DOI Porcupine Caribou Herd Request" (OS-2019-0378) releasing 35 pages on January 14, 2020. Plaintiffs have concerns with the sufficiency of the OS's response and will outline these for Defendants by January 22, 2020. As noted above, the parties plan to confer on any open issues as Defendants' productions proceed.

For the two remaining requests, the OS commits to process them at a combined rate of 500 pages per month. The OS will first process the "DOI S.O. 3355 Request" (OS-2019-0314) (an estimated 480 pages) and expects to issue its first interim production on or before January 31, 2020. Next, the OS commits to process the "DOI Seismic Communications Request" (OS-2019-0565) at an estimated 812 pages and expects to complete responses for all requests by the end of March 2020.

### *The FWS Request*

As detailed in the December 13th Joint Status Report, the parties disagree about the extent to which the Plaintiffs' request to FWS — the "FWS Seismic Communications Request" (FWS-2019-00782) — overlaps with another FWS request at issue in the *Defenders* case also before this Court. Parties have yet to resolve this issue,[1] but currently are working to narrow this issue. Parties will attempt to resolve the matter without Court involvement.

---

[1] The parties maintain their respective position statements from the December 13, 2019 Joint Status Report.

For the time being, parties agree to carry out their current agreement outlined in the December 13th Joint Status Report. Plaintiffs received the most recent FWS disclosure from the *Defenders* case on December 20, 2019.

### **The Parties' Joint Proposed Schedule**

The parties request that the Court direct the parties to file another Joint Status Report on or before February 18, 2020, to update the Court on the status of Defendants' productions and any other issues the parties wish to bring to the Court's attention, and to propose a schedule for further proceedings. A proposed order adopting the terms of this status report is attached.

Dated: January 17, 2020

 /s/ Maresa Jenson
Maresa Jenson (AK Bar No. 1805048)
Valerie Brown (AK Bar No. 9712099)
(*pro hac vice*)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
vbrown@trustees.org

 /s/ David Bahr
David Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Counsel for Plaintiffs*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendants*