**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE, <br><br> *Defendants*. | Civ. A. No. 19-2978 (CJN) |

**PROPOSED ORDER**

In light of the parties' joint status report, the Court hereby adopts this report by reference and parties are directed to file another joint status report discussing the status of Defendants' productions and any other issues the parties wish to bring to the Court's attention and proposing a schedule for further proceedings on or before February 18, 2020.

**SO ORDERED.**

_____
Date

_____
Carl J. Nichols
United States District Judge