# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Civ. A. No. 19-2978 (CJN) |

## JOINT STATUS REPORT

The parties, by and through counsel, submit the following Joint Status Report pursuant to the Court's Order dated March 2, 2020.

## The Status of Plaintiffs' FOIA Requests

This matter involves a total of nine Freedom of Information Act (FOIA) requests that Plaintiffs submitted to three separate offices of the Department of the Interior: (1) four requests to the Alaska State Office of U.S. Bureau of Land Management (BLM); (2) four requests to the Office of the Secretary of the Department of the Interior (OS); and (3) a single request to the Alaska Region of the U.S. Fish and Wildlife Service (FWS). Since the parties' third Joint Status Report dated February 18, 2020, BLM and FWS have released the third interim record production and Plaintiffs have emailed to discuss specific concerns with previous disclosures. The parties continue to work towards the resolution of outstanding issues as described below.

### *The BLM Requests*

BLM issued a response for the "BLM S.O. 3355 Request" (BLM-2019-00324) on October 15, 2019. The parties are working together to address Plaintiffs' concerns regarding the sufficiency of BLM's response to BLM S.O. 3355 Request. Defendants emailed some details concerning this request on February 24, 2020. Plaintiffs are working to compose a list of search terms and additional custodians for this request and commit to respond to Defendants email by March 20, 2020. The parties will attempt to resolve this dispute without the Court's involvement.

For the "BLM Government Shutdown Request" (BLM-2019-00963), BLM released a total of 954 pages responsive to the BLM Government Shutdown Request completing production on January 30, 2020. Plaintiffs have concerns about the sufficiency of this request and commit to detailing them for Defendants by March 31, 2020.

BLM completed the first interim production of 831 pages for the "BLM Draft EIS Deliverable Request" (BLM-2019-00383) on January 30, 2020. BLM produced an additional 535 pages for the BLM Draft EIS Deliverable Request on February 28, 2020. As the productions proceed, the parties will continue to confer on any open issues concerning the sufficiency of completed productions and attempt to resolve disputes without the Court's involvement.

BLM has completed searches for the two outstanding BLM requests. Defendants estimated a total of 13,284 potentially responsive pages remain for the two requests: 3,884 pages for the BLM Draft EIS Deliverable Request and 9,400 pages for the "BLM Seismic Communications Request" (BLM-2019-00483) in the January 17, 2020 Joint Status Report. Currently, Defendants have committed to a processing rate of 500 pages per month. The parties do not agree on the processing rate for these remaining requests; their positions are set out below.

Defendants Position

The BLM Alaska FOIA office's resources are already overextended as it processes requests for this case, for the related *Defenders of Wildlife v. DOI, et al.*, Civ. A. No. 18-2572 (CJN) (*Defenders*) case, and for dozens of other related requests that are not in litigation. The fastest rate at which BLM Alaska can process potentially responsive records is the current rate of 500 pages per month. However, BLM is willing to work with Plaintiffs to further narrow and/or prioritize material within each request, so that material of most interest to Plaintiffs is provided first, and which will likely shorten the overall time required to process all records of interest. Defendants would prefer to resolve any search parameter issues sequentially, and do not believe this issue should be addressed until issues with the BLM S.O. 3355 Request are resolved.

Plaintiffs Position

Disclosure at a rate of 500 pages per month will take over two years for these requests. Plaintiffs stress that this is too long as the records are relevant to an ongoing administrative proceeding and are sought to increase public understanding and engagement now, and to provide public oversight of BLM's activities related to the implementation of an oil and gas leasing program on the Coastal Plain of the Arctic National Wildlife Refuge. After Plaintiffs receive Defendants' search parameters, they will work with Defendants to facilitate timely disclosure and may be able to prioritize records or narrow the scope of the searches to reduce the number of documents that must be produced. Plaintiffs may also seek quicker release of these records. Plaintiffs believe the parties should address these issues concurrently with any questions about the adequacy of completed requests.

<u>The Parties' Agreement on Processing the BLM Draft EIS Deliverable Request and the BLM Seismic Communications Request</u>

The parties do not agree on the disclosure rate for these requests and whether issues relating to search terms should be resolved sequentially or concurrently. In an attempt to resolve these issues without Court involvement, the parties will work collaboratively.

### *The OS Requests*

The OS issued a final responses for all four OS requests — the "DOI Government Shutdown Request" (OS-2019-00520) on October 15, 2019, the "DOI Porcupine Caribou Herd Request" (OS-2019-0378), on January 14, 2020, the "DOI S.O. 3355 Request" (OS-2019-0314) on February 10, 2020, and the "DOI Seismic Communications Request" (OS-2019-0565) also on February 10, 2020. Plaintiffs have concerns regarding the sufficiency of all OS's responses to the above requests, and provided those to Defendants their concerns for the DOI Government Shutdown Request and the DOI Porcupine Caribou Herd Request on January 8, 2020. The OS emailed a partial response to some of these concerns on February 28, 2020, and indicated there were some technical issues regarding the agency's access to search parameters. In light of the outstanding disagreements about the sufficiency of all OS releases, the OS has committed to conduct supplemental searches for all requests and subsequently produce supplemental responsive records. The parties commit to work together to complete these searches and will complete the following by March 31, 2020: (1) the OS will draft a search and the Plaintiffs will provide feedback, (2) the OS will subsequently execute the search and provide Plaintiffs with volume estimates.

After March 31, 2020, if further narrowing needs to occur, the parties can apply other parameters to the results. The parties plan to work together to develop a supplemental production

schedule and confer on further supplemental search parameters, terms for additional records, and any open issues as Defendants' productions proceed.

### *The FWS Request*

As detailed in the December 13th Joint Status Report, the parties disagree about the extent to which the Plaintiffs' request to FWS — the "FWS Seismic Communications Request" (FWS-2019-00782) — overlaps with another FWS request at issue in the *Defenders* case also before this Court. The parties have yet to resolve this issue,[1] but are working to narrow this issue. Defendants emailed Plaintiffs a description of the search process and the search parameters on January 31, 2020. Plaintiffs responded via email on February 13, 2020, requesting that subsequent searches be performed and the resultant records be released concurrently with the Defenders' litigation. Defendants have yet to substantively respond to this request. Defendants commit to respond to the substance of this email by March 20, 2020. Thus, the parties have yet to, but continue to attempt to resolve the matter without Court involvement.

For the time being, the parties agree to carry out their current agreement outlined in the December 13th Joint Status Report. Plaintiffs received the most recent FWS disclosure from the *Defenders* case on February 28, 2020.

### **The Parties' Joint Proposed Schedule**

The parties request that the Court direct the parties to file another Joint Status Report on or before April 20, 2020, to update the Court on the status of Defendants' productions and any other issues the parties wish to bring to the Court's attention, and to propose a schedule for

/ / /

---

[1] The parties maintain their respective position statements from the December 13, 2019 Joint Status Report.

further proceedings. A proposed order adopting the terms of this status report is attached.

Dated: March 18, 2020

 /s/ Maresa Jenson
Maresa Jenson (AK Bar No. 1805048)
Valerie Brown (AK Bar No. 9712099)
(*pro hac vice*)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
vbrown@trustees.org

 /s/ David Bahr
David Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Counsel for Plaintiffs*

Respectfully submitted,

TIMOTHY J. SHEA
D.C. Bar 437437
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendants*