IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWICH'IN STEERING COMMITTEE,
ALASKA WILDERNESS LEAGUE,
DEFENDERS OF WILDLIFE, and THE
WILDERNESS SOCIETY,

     *Plaintiffs*,

     v.

U.S. DEPARTMENT OF THE INTERIOR,
U.S. BUREAU OF LAND MANAGEMENT,
and U.S. FISH AND WILDLIFE SERVICE,

     *Defendants*.

Civ. A. No. 19-2978 (CJN)

## PROPOSED ORDER

In light of the parties' joint status report, the Court hereby adopts this report by reference

and the parties are directed to file another joint status report discussing the status of Defendants'

productions and any other issues the parties wish to bring to the Court's attention and proposing

a schedule for further proceedings on or before June 24, 2020.

     **SO ORDERED.**

_____
Date

_____
Carl J. Nichols
United States District Judge