David A. Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
Phone: (541) 556-6439
davebahr@mindspring.com

Maresa Jenson (AK Bar No. 1805048) (*pro hac vice*)
Brook Brisson (AK Bar No. 0905013) (*pro hac vice* application pending)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
mjenson@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:19-cv-02978-CJN |

## MOTION FOR LEAVE FOR BROOK BRISSON TO APPEAR *PRO HAC VICE*

Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Defenders of Wildlife, and The Wilderness Society, (collectively, Plaintiffs) through undersigned counsel, respectfully move for permission for counsel Brook Brisson of the law firm Trustees for Alaska to appear *pro hac vice* in this matter. In support of this motion, Plaintiffs rely on the Declaration

of Brook Brisson in Support of Motion for Leave to Appear *Pro Hac Vice* and the proposed order.

Undersigned counsel agrees to serve as Ms. Brisson's sponsoring member of the Bar of this Court and to act as local counsel with the authority to act as attorney of record for all purposes in this matter.

Respectfully submitted this 4th day of June, 2020.

    /s/ David Bahr
David Bahr (D.C. Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Attorney for Plaintiffs*